# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MACKI, ALBERT K | § | Case No. 09-73028 |
| MACKI, KAREN L | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/22/2009 . The undersigned trustee was appointed on 07/22/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    8,001.05

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]    $    8,001.05

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/29/2010 and the deadline for filing governmental claims was 11/29/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.11 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,550.11 , for a total compensation of $ 1,550.11 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/17/2011 _____     By: /s/DANIEL M. DONAHUE _____
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

| Case No: | 09-73028 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|

Case Name:  MACKI, ALBERT K
MACKI, KAREN L

For Period Ending: 02/17/11

Trustee Name:  DANIEL M. DONAHUE
Date Filed (f) or Converted (c):  07/22/09 (f)
341(a) Meeting Date:  09/03/09
Claims Bar Date:  11/29/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residenced - 6135 Green Needle Drive. | 124,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 140.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking - Alpine Bank and First Community Credit | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4. HHGS/furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, pictures - normal complement | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel - normal complement | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry - normal complement | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. sporting equipment/hobby | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA/pension | 10,800.00 | 0.00 | DA | 0.00 | FA |
| 10. 1999 Peterbilt 379 (w/related ????) | 8,000.00 | 0.00 | | 8,000.00 | FA |
| 11. 2001 Ford Ranger | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2005 Kia Amanti | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 13. (2) computers | 750.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $161,590.00    $0.00    $8,001.05    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 03/01/11    Current Projected Date of Final Report (TFR): 05/01/11

Ver: 16.01c

LFORM1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| Case No: | 09-73028 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MACKI, ALBERT K | | Bank Name: | BANK OF AMERICA, N.A. |
| | MACKI, KAREN L | | Account Number / CD #: | ●●●●●●●1813  Money Market Account (Interest Earn |
| Taxpayer ID No: | ●●●●●●●4055 | | | |
| For Period Ending: | 02/17/11 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/10 | 10 | ALBERT AND KAREN MACKI | INTEREST IN 1999 PETERBILT | 1129-000 | 8,000.00 | | 8,000.00 |
| | | 6135 GREEN NEEDLE DR | | | | | |
| | | LOVES PARK, IL 61111-7123 | | | | | |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 8,000.01 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.21 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.41 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.61 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.81 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.01 |
| 02/17/11 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 8,001.05 |
| 02/17/11 | | Transfer to Acct #●●●●●●●3396 | Final Posting Transfer | 9999-000 | | 8,001.05 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 8,001.05 | 8,001.05 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 8,001.05 | |
| Subtotal | | 8,001.05 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 8,001.05 | 0.00 | |

Page Subtotals          8,001.05          8,001.05

Ver: 16.01c

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-73028 -MLB |
| Case Name: | MACKI, ALBERT K |
| | MACKI, KAREN L |
| Taxpayer ID No: | *******4055 |
| For Period Ending: | 02/17/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3396  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/11 | | Transfer from Acct #*******1813 | Transfer In From MMA Account | 9999-000 | 8,001.05 | | 8,001.05 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,001.05 | 0.00 | 8,001.05 |
| Less:  Bank Transfers/CD's | 8,001.05 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1813 | 8,001.05 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3396 | 0.00 | 0.00 | 8,001.05 |
| | 8,001.05 | 0.00 | 8,001.05 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 8,001.05 | 0.00 |

Ver: 16.01c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-73028 | | Page 1 | | | Date: February 17, 2011 |
| Debtor Name: | MACKI, ALBERT K | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,383.00 | $0.00 | $2,383.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $76.76 | $0.00 | $76.76 |
| 000009B<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $12,706.29 | $0.00 | $12,706.29 |
| 000001<br>070<br>7100-00 | Carlson Orthopedic Clinic<br>1848 Daimler Road<br>Rockford, IL 61112-1019 | Unsecured | | $22,702.34 | $0.00 | $22,702.34 |
| 000002 | Carlson Orthopedic Clinic<br>1848 Daimler Road<br>Rockford, IL 61112-1019 | Unsecured | | $22,702.34 | $0.00 | $22,702.34 |
| 000003<br>070<br>7100-00 | Attorney Terry Hoss<br>P.O. Box 449<br>Cherry Valley, IL 61016 | Unsecured | | $4,455.00 | $0.00 | $4,455.00 |
| 000004<br>070<br>7100-00 | Attorney Terry Hoss<br>P.O. Box 449<br>Cherry Valley, IL 61016 | Unsecured | | $77.00 | $0.00 | $77.00 |
| 000005 | Carlson Orthopedic Clinic<br>1848 Daimler Road<br>Rockford, IL 61112-1019 | Unsecured | | $22,702.34 | $0.00 | $22,702.34 |
| 000006<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,622.40 | $0.00 | $2,622.40 |
| 000007<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,678.19 | $0.00 | $1,678.19 |
| 000008<br>070<br>7100-00 | OSF Saint Anthony Medical Center<br>c/o Attorney Victoria R. Glidden<br>Hinshaw & Culbertson LLP<br>P.O. Box 1389<br>Rockford, IL 61105-1389 | Unsecured | | $78,713.55 | $0.00 | $78,713.55 |
| 000009A<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $385.73 | $0.00 | $385.73 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

| Case Number: | 09-73028 | | | Page 2 | | Date: February 17, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | MACKI, ALBERT K | | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,259.30 | $0.00 | $2,259.30 |
| 000011 | OSF St. Anthony Medical Center<br>5666 East State Street<br>Rockford, IL 61108 | Unsecured | | $78,713.55 | $0.00 | $78,713.55 |
| 000012<br>070<br>7100-00 | Rockford Mercantile Agency Inc<br>2502 south Alpine Road<br>Rockford Illinois 61108 | Unsecured | | $1,297.40 | $0.00 | $1,297.40 |
| | Case Totals: | | | $253,475.19 | $0.00 | $253,475.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73028
Case Name: MACKI, ALBERT K
MACKI, KAREN L
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $        8,001.05

Claims of secured creditors will be paid as follows:

## NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $    1,550.11 | $    0.00 | $    1,550.11 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $    2,383.00 | $    0.00 | $    2,383.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $    76.76 | $    0.00 | $    76.76 |

Total to be paid for chapter 7 administrative expenses        $        4,009.87

Remaining Balance                                            $        3,991.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

## NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,706.29  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Department of the Treasury | $ 12,706.29 | $ 0.00 | $ 3,991.18 |

Total to be paid to priority creditors  $ 3,991.18

Remaining Balance  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,190.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Carlson Orthopedic Clinic | $ 22,702.34 | $ 0.00 | $ 0.00 |
| 000003 | Attorney Terry Hoss | $ 4,455.00 | $ 0.00 | $ 0.00 |
| 000004 | Attorney Terry Hoss | $ 77.00 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA NA | $ 2,622.40 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA,N.A | $ 1,678.19 | $ 0.00 | $ 0.00 |
| 000008 | OSF Saint Anthony Medical Center | $ 78,713.55 | $ 0.00 | $ 0.00 |
| 000009A | Department of the Treasury | $ 385.73 | $ 0.00 | $ 0.00 |
| 000010 | GE Money Bank | $ 2,259.30 | $ 0.00 | $ 0.00 |
| 000012 | Rockford Mercantile Agency Inc | $ 1,297.40 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $2,383.00 | $2,383.00 |
| | *Expenses* | $0.00 | $76.76 | $76.76 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $2,383.00 | $2,383.00 |
| | *Expenses* | $0.00 | $76.76 | $76.76 |
| | | $0.00 | $2,459.76 | $2,459.76 |

**Exhibit G**