UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
MACKI, ALBERT K § Case No. 09-73028
MACKI, KAREN L §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/28/2011 in Courtroom 115,
    United States Courthouse
    211 S. Court St.
    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue_____
                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MACKI, ALBERT K § Case No. 09-73028
MACKI, KAREN L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,001.05 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,001.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,550.11 | $ 0.00 | $ 1,550.11 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,383.00 | $ 0.00 | $ 2,383.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 76.76 | $ 0.00 | $ 76.76 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,009.87 |
| Remaining Balance | $ 3,991.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,706.29  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Department of the Treasury | $ 12,706.29 | $ 0.00 | $ 3,991.18 |
| | Total to be paid to priority creditors | | $ | 3,991.18 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,190.91  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Carlson Orthopedic Clinic | $ 22,702.34 | $ 0.00 | $ 0.00 |
| 000003 | Attorney Terry Hoss | $ 4,455.00 | $ 0.00 | $ 0.00 |
| 000004 | Attorney Terry Hoss | $ 77.00 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA NA | $ 2,622.40 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA,N.A | $ 1,678.19 | $ 0.00 | $ 0.00 |
| 000008 | OSF Saint Anthony Medical Center | $ 78,713.55 | $ 0.00 | $ 0.00 |
| 000009A | Department of the Treasury | $ 385.73 | $ 0.00 | $ 0.00 |
| 000010 | GE Money Bank | $ 2,259.30 | $ 0.00 | $ 0.00 |
| 000012 | Rockford Mercantile Agency Inc | $ 1,297.40 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 09-73028-MB
Albert K. Macki                                             Chapter 7
Karen L. Macki
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: ccabrales              Page 1 of 2          Date Rcvd: Mar 03, 2011
                              Form ID: pdf006              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2011.
db/jdb       +Albert K. Macki,    Karen L. Macki,    6135 Green Needle Drive,    Loves Park, IL 61111-7123
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
14190910     +Alpine Bank,    PO Box 6086,    Rockford, IL 61125-1086
14190911      Anatoly Rozman,    940 South Mulford,    Rockford, IL 61108
16093941     +Attorney Terry Hoss,    P.O. Box 449,    Cherry Valley, IL 61016-0449
14190912     +Camelot Radiology,    190 Buckley Drive,    Rockford, IL 61107-5839
14190913      Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
14190914      Carlson Orthopedic Clinic,    1848 Daimler Road,    Rockford, IL 61112-1019
14190915      Chase,   Cardmember Services,    PO Box 15153,    Wilimington, DE 19886-5153
16114477      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16209217     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14190916      Chase Home Finance,    PO Box 9001871,    Lousivlle, KY 40290-1871
14190917      Elder-Beerman,    PO Box 17264,    Baltimore, MD 21297-1264
14190918      Household Bank,    PO Box 17051,    Baltimore, MD 21297-1051
14190919    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA  19114)
16403372    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Cincinnati, OH  45999)
14190922     +Kurt Jensen,    6050 Brynwood,    Rockford, IL 61114-6578
14190907     +Macki Albert K,    6135 Green Needle Drive,    Loves Park, IL 61111-7123
14190908     +Macki Karen L,    6135 Green Needle Drive,    Loves Park, IL 61111-7123
14190923     +OSF Lifeline,    1706 Rural,    Rockford, IL 61107-3139
16212755      OSF Saint Anthony Medical Center,    c/o Attorney Victoria R. Glidden,    Hinshaw & Culbertson LLP,
               P.O. Box 1389,    Rockford, IL  61105-1389
14190924      OSF St. Anthony,    PO Box 5065,    Rockford, IL 61125-0065
14190925     +OSF St. Anthony Medical Center,    5666 East State Street,    Rockford, IL 61108-2472
14190926     +Perryville Surgical Associatioin,    535 Roxbury,    Rockford, IL 61107-5076
14190927     +Radiology Consultant Of Rockford,    1401 East State Street,    Rockford, IL 61104-2315
14190928     +Rockford Anesthesiologists,    2202 Harlem Road,    Loves Park, IL 61111-2701
14190929     +Rockford Health Physicians,    2300 North Rockton,    Rockford, IL 61103-3619
14190930     +Rockford Medical Rehab,    950 South Mulford,    Rockford, IL 61108-4274
16467588     +Rockford Mercantile Agency Inc,    2502 south Alpine Road,    Rockford Illinois 61108-7813
14190931     +Rockford Orhopedics Association,    324 Roxbury Road,    Rockford, IL 61107-5090
14190933     +Rosecrance,    1601 University Drive,    Rockford, IL 61107-2295
14190934     +Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
14190909     +Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16401406      E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2011 00:30:25     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14190920      E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2011 00:30:25     JC Penney,    PO Box 960090,
               Orlando, FL 32896-0090
14190921      E-mail/PDF: cr-bankruptcy@kohls.com Mar 04 2011 00:30:26     Kohl's,    PO Box 3004,
               Milwaukee, WI 53201-3004
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
14190932    ##+Rockford Surgical,    5668 East State St.,    Rockford, IL 61108-2464
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: ccabrales           Page 2 of 2            Date Rcvd: Mar 03, 2011
                              Form ID: pdf006           Total Noticed: 38

                      ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2011**                              **Signature:** /s/ Joseph Speetjens