# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MACKI, ALBERT K § Case No. 09-73028
MACKI, KAREN L §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 153,590.00 *(Without deducting any secured claims)* | Assets Exempt: 46,300.00 |
| Total Distributions to Claimants: 3,991.18 | Claims Discharged Without Payment: 304,804.25 |
| Total Expenses of Administration: 4,009.87 | |

3) Total gross receipts of $ 8,001.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,001.05 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 109,172.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,009.87 | 4,009.87 | 4,009.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,101.00 | 12,706.29 | 12,706.29 | 3,991.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 146,521.00 | 238,309.14 | 238,309.14 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 270,794.19 | $ 255,025.30 | $ 255,025.30 | $ 8,001.05 |

4) This case was originally filed under chapter 7 on 07/22/2009 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2011        By:/s/DANIEL M. DONAHUE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Peterbilt 379 (w/related ????) | 1129-000 | 8,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.05 |
| TOTAL GROSS RECEIPTS | | $ 8,001.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Bank PO Box 6086 Rockford, IL 61125 | | 6,650.00 | NA | NA | 0.00 |
| | Chase Home Finance PO Box 9001871 Lousivlle, KY 40290-1871 | | 98,667.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rosecrance 1601 University Drive Rockford, IL 61107 | | 3,855.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 109,172.19 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,550.11 | 1,550.11 | 1,550.11 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 2,383.00 | 2,383.00 | 2,383.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 76.76 | 76.76 | 76.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,009.87 | $ 4,009.87 | $ 4,009.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Cincinati, OH 45999 | | 15,101.00 | NA | NA | 0.00 |
| 000009B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 12,706.29 | 12,706.29 | 3,991.18 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 15,101.00 | $ 12,706.29 | $ 12,706.29 | $ 3,991.18 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anatoly Rozman 940 South Mulford Rockford, IL 61108 | | 240.00 | NA | NA | 0.00 |
| | Camelot Radiology 190 Buckley Drive Rockford, IL 61109 | | 1,840.00 | NA | NA | 0.00 |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | 2,959.00 | NA | NA | 0.00 |
| | Elder-Beerman PO Box 17264 Baltimore, MD 21297-1264 | | 1,890.00 | NA | NA | 0.00 |
| | Household Bank PO Box 17051 Baltimore, MD 21297-1051 | | 676.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Joint & Bone NEED ADDRESS | | 265.00 | NA | NA | 0.00 |
| | JC Penney PO Box 960090 Orlando, FL 32896-0090 | | 2,175.00 | NA | NA | 0.00 |
| | Kohl's PO Box 3004 Milwaukee, WI 53201-3004 | | 1,620.00 | NA | NA | 0.00 |
| | Kurt Jensen 6050 Brynwood Rockford, IL 61104 | | 92.00 | NA | NA | 0.00 |
| | OSF Lifeline 1706 Rural Rockford, IL 61104 | | 219.00 | NA | NA | 0.00 |
| | OSF Lifeline 1706 Rural Rockford, IL 61104 | | 445.00 | NA | NA | 0.00 |
| | OSF Lifeline 1706 Rural Rockford, IL 61104 | | 219.00 | NA | NA | 0.00 |
| | OSF St. Anthony PO Box 5065 Rockford, IL 61125-0065 | | 414.00 | NA | NA | 0.00 |
| | Perryville Surgical Associatioin 535 Roxbury Rockford, IL 61107 | | 4,455.00 | NA | NA | 0.00 |
| | Radiology Consultant Of Rockford 1401 East State Street Rockford, IL 61104 | | 1,089.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Anesthesiologists 2202 Harlem Road Loves Park, IL 61111 | | 1,955.00 | NA | NA | 0.00 |
| | Rockford Anesthesiologists 2202 Harlem Road Loves Park, IL 61111 | | 2,645.00 | NA | NA | 0.00 |
| | Rockford Health Physicians 2300 North Rockton Rockford, IL 61103 | | 103.00 | NA | NA | 0.00 |
| | Rockford Health Physicians 2300 North Rockton Rockford, IL 61103 | | 63.00 | NA | NA | 0.00 |
| | Rockford Health Physicians 2300 North Rockton Rockford, IL 61103 | | 1,766.00 | NA | NA | 0.00 |
| | Rockford Medical Rehab 950 South Mulford Rockford, IL 61108 | | 738.00 | NA | NA | 0.00 |
| | Rockford Orhopedics Association 324 Roxbury Road Rockford, IL 61107 | | 15,525.00 | NA | NA | 0.00 |
| | Rockford Surgical 5668 East State St. Rockford, IL 61108 | | 536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Swedish American Hospital PO Box 4448 Rockford, IL 61110 |  | 304.00 | NA | NA | 0.00 |
|  | Swedish American Hospital PO Box 4448 Rockford, IL 61110 |  | 262.00 | NA | NA | 0.00 |
|  | Swedish American Hospital PO Box 4448 Rockford, IL 61110 |  | 184.00 | NA | NA | 0.00 |
| 000003 | ATTORNEY TERRY HOSS | 7100-000 | NA | 4,455.00 | 4,455.00 | 0.00 |
| 000004 | ATTORNEY TERRY HOSS | 7100-000 | NA | 77.00 | 77.00 | 0.00 |
| 000001 | CARLSON ORTHOPEDIC CLINIC | 7100-000 | 22,702.00 | 22,702.34 | 22,702.34 | 0.00 |
| 000002 | CARLSON ORTHOPEDIC CLINIC | 7100-000 | NA | 22,702.34 | 22,702.34 | 0.00 |
| 000005 | CARLSON ORTHOPEDIC CLINIC | 7100-000 | NA | 22,702.34 | 22,702.34 | 0.00 |
| 000006 | CHASE BANK USA NA | 7100-000 | 2,420.00 | 2,622.40 | 2,622.40 | 0.00 |
| 000007 | CHASE BANK USA,N.A | 7100-000 | NA | 1,678.19 | 1,678.19 | 0.00 |
| 000009A | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 385.73 | 385.73 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | GE MONEY BANK | 7100-000 | NA | 2,259.30 | 2,259.30 | 0.00 |
| 000008 | OSF SAINT ANTHONY MEDICAL CENTER | 7100-000 | 78,720.00 | 78,713.55 | 78,713.55 | 0.00 |
| 000011 | OSF ST. ANTHONY MEDICAL CENTER | 7100-000 | NA | 78,713.55 | 78,713.55 | 0.00 |
| 000012 | ROCKFORD MERCANTILE AGENCY INC | 7100-000 | NA | 1,297.40 | 1,297.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 146,521.00 | $ 238,309.14 | $ 238,309.14 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-73028 MLB Judge: MANUEL BARBOSA | | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | MACKI, ALBERT K | | | Date Filed (f) or Converted (c): | 07/22/09 (f) |
| | MACKI, KAREN L | | | 341(a) Meeting Date: | 09/03/09 |
| For Period Ending: | 05/31/11   (4th reporting period for this case) | | | Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residenced - 6135 Green Needle Drive. | 124,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 140.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking - Alpine Bank and First Community Credit | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4. HHGS/furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, pictures - normal complement | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel - normal complement | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry - normal complement | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. sporting equipment/hobby | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA/pension | 10,800.00 | 0.00 | DA | 0.00 | FA |
| 10. 1999 Peterbilt 379 (w/related ????) | 8,000.00 | 0.00 | | 8,000.00 | FA |
| 11. 2001 Ford Ranger | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2005 Kia Amanti | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 13. (2) computers | 750.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.05 | FA |
| TOTALS (Excluding Unknown Values) | $161,590.00 | $0.00 | | $8,001.05 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 03/01/11   Current Projected Date of Final Report (TFR): 05/01/11

LFORM1
UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-73028 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MACKI, ALBERT K / MACKI, KAREN L | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******4055 | Account Number / CD #: | ******1813 Money Market Account (Interest Earn) |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/10 | 10 | ALBERT AND KAREN MACKI 6135 GREEN NEEDLE DR LOVES PARK, IL 61111-7123 | INTEREST IN 1999 PETERBILT | 1129-000 | 8,000.00 | | 8,000.00 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 8,000.01 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.21 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.41 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.61 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.81 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,001.01 |
| 02/17/11 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 8,001.05 |
| 02/17/11 | | Transfer to Acct #******3396 | Final Posting Transfer | 9999-000 | | 8,001.05 | 0.00 |
| | | | COLUMN TOTALS | | 8,001.05 | 8,001.05 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,001.05 | |
| | | | Subtotal | | 8,001.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,001.05 | 0.00 | |

Page Subtotals    8,001.05    8,001.05

Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) (Page 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-73028 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | MACKI, ALBERT K / MACKI, KAREN L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******3396 GENERAL CHECKING |
| Taxpayer ID No: | ******4055 | | |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/17/11 | | Transfer from Acct #******1813 | Transfer In From MMA Account / 9999-000 | 8,001.05 | | 8,001.05 |
| 03/30/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees / 2100-000 | | 1,550.11 | 6,450.94 |
| 03/30/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee / 3110-000 | | 2,383.00 | 4,067.94 |
| 03/30/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus / 3120-000 | | 76.76 | 3,991.18 |
| 03/30/11 | 000103 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Claim 000009B, Payment 31.4% / 5800-000 | | 3,991.18 | 0.00 |

|  | COLUMN TOTALS | 8,001.05 | 8,001.05 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 8,001.05 | 0.00 | |
|  | Subtotal | 0.00 | 8,001.05 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 8,001.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ******1813 | 8,001.05 | 0.00 | 0.00 |
| GENERAL CHECKING - ******3396 | 0.00 | 8,001.05 | 0.00 |
| | 8,001.05 | 8,001.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    8,001.05    8,001.05

Ver. 16.02b

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 12)

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4437723396
01 01 148 06 M0000 E#        4
Last Statement:   03/31/2011
This Statement:   04/29/2011

ESTATE OF
MACKI, ALBERT K, DEBTOR
MACKI, KAREN L, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
09-73028
6735 VISTAGREEN WAY
ROCKFORD IL  61107

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 0973028

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 04/01/2011 - 04/29/2011 | | Statement Beginning Balance | 8,001.05 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 4 | Amount of Checks | 8,001.05 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 4 | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,550.11 | 04/01 | 9292858994 | 102 | 76.76 | 04/01 | 9292858993 |
| 101 | 2,383.00 | 04/01 | 9292858995 | 103 | 3,991.18 | 04/07 | 6292211817 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 8,001.05 | 8,001.05 | 04/07 | .00 | .00 |
| 04/01 | 3,991.18 | 3,991.18 | 04/29 | .00 | .00 |

Recycled Paper